# EXHIBIT A

1492480.1 10/31/2008


US00D501975S

(12) **United States Design Patent** (10) Patent No.:     **US D501,975 S**
Marsh et al.                                (45) Date of Patent:   ∗∗ **Feb. 15, 2005**

(54) **WHEEL ASSEMBLY FOR A BOAT TRAILER JACK**

(75) Inventors: **Denise D. Marsh**, Fort Myers, FL (US); **Justin Gould**, Bonita Springs, FL (US)

(73) Assignee: **Unified Marine, Inc.**, Naples, FL (US)

(∗∗) Term: 14 Years

(21) Appl. No.: **29/186,177**

(22) Filed: **Jul. 9, 2003**

(51) LOC (7) Cl. .................................................. **12-05**
(52) U.S. Cl. ........................................ **D34/35; D8/375**
(58) Field of Search ................. D34/31, 35; D8/375; 414/559; 280/414.2; D12/101, 106; 16/18 CG, 45; 114/344

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,397,171 A | ∗ | 11/1921 | Millet | 16/45 |
| 1,488,824 A | ∗ | 4/1924 | Millet | 16/45 |
| 4,318,196 A | ∗ | 3/1982 | Eide | 114/344 |
| 5,016,900 A | ∗ | 5/1991 | McCully | 280/477 |
| 5,040,937 A | ∗ | 8/1991 | Godbersen | 414/559 |
| D476,461 S | ∗ | 6/2003 | Dries | D34/31 |
| D486,382 S | ∗ | 2/2004 | Sedgwick et al. | D8/375 |

OTHER PUBLICATIONS

Faultless Catalog, p. 9, caster item No. K421–5RB–21 located at top of page, Jan. 29, 1986.∗

∗ cited by examiner

Primary Examiner—Holly Baynham
(74) Attorney, Agent, or Firm—George R. McGuire; Bond, Schoeneck & King, PLLC

(57)                         **CLAIM**

We claim the ornamental design for wheel assembly for a boat trailer jack, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a wheel assembly for a boat trailer jack, the portions shown in phantom lines being for environmental purposes and forming no part of the claimed invention;
FIG. **2** is a left side elevation view of the wheel assembly;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a front elevation view thereof;
FIG. **5** is a right side elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**



U.S. Patent        Feb. 15, 2005        Sheet 1 of 2        US D501,975 S



FIG.1

