# EXHIBIT B

## Overton's Marine Swivel Trailer Jacks

These side-crank swivel jacks easily swing up and out of the way when not in use. The built-in grease fitting keeps gears and shaft well lubed for long lasting performance. All Overton's jacks have power-grip handles and dual release pins and fit trailer tongues up to 3" x 5". Mounting hardware included. Come with a 3-year warranty. Galvanized jacks with better corrosion and rust resistance are great for saltwater applications.

BEST SELLER

MOVE YOUR TRAILER WITH EASE

### Trailer Dolly

Take the strain out of moving your trailer with this convenient hand dolly. The long handle on this dolly provides leverage, making it easy to pick up a loaded trailer tongue. Moving on rough terrain is not a problem due to the dolly's wide track. Includes 1⅞" hitch ball.

**F. Heavy-Duty Trailer Dolly** – Two 12" x 4", 2-ply pneumatic tires. 600-lb. capacity.

| | Overton's |
|---|---|
| 74902 Heavy-Duty Trailer Dolly | 149.99 |

**G. Deluxe Trailer Dolly** – Two 10" x 2½" pneumatic tires. 300-lb. capacity.

| | |
|---|---|
| 74903 Deluxe Trailer Dolly | 49.99 |

### Trailer Jack Wheel Stop

Simply place this wheel stop under your trailer jack wheel to keep your trailer from moving or putting dents in your driveway. Choose between hard plastic and extra durable rubberized polyurethane. Sold individually.

| | | Overton's |
|---|---|---|
| H. 87135 | Trailer Jack Plastic Wheel Stop | 4.99 |
| I. 87194 | Trailer Jack Rubber Wheel Lock | 19.99 |

### Trailer Stand

The perfect size for PWC and light-duty trailers, this flip-up, fixed-mount stand attaches out of the way, under the trailer tongue. Pivots up for trailering. Zinc-plated for corrosion resistance. Fits up to 3" x 3" trailer frame. 300-lb. capacity. 6" wheel. Provides 15" of ground clearance.

| | Overton's |
|---|---|
| 71673 Trailer Stand | 29.99 |

PERFECT FOR TALL TRUCKS AND SUVs

### Square Tube Fixed-Mount Trailer Jack

Perfect for tall trucks and SUVs, this heavy-duty fixed-mount jack with drop leg features corrosion-resistant steel construction and provides 37" of lift from the bottom of the mounting bracket to the foot plate. Quick-release thumb pin offers easy adjustments. Fits up to a 3" x 5" trailer frame. 10" travel. 2,500-lb. capacity.

| | Overton's |
|---|---|
| 75840 Fixed-Mount Trailer Jack | 58.99 |

### Overton's Flip-Up Trailer Stand

This flip-up trailer stand mounts under the trailer tongue and pivots up, out of the way for trailering. Zinc-plated for corrosion resistance. Fits up to 3" x 5" trailer frame. 500-lb. capacity. Provides 20" of ground clearance. Mounting hardware included.

| | Overton's |
|---|---|
| 79798 Trailer Stand | 19.99 |

## Pyle® Hydra Series Marine CD Receiver Package

Marine CD player is CD/CDR/CDRW compatible and features anti-theft detachable face, AM/FM/MPX electronic tuner, an auxiliary input on the faceplate, full-function wireless remote, anti-skip, CD changer control, full function LCD display, 25 station presets, and carrying case. 25 watts x 4 total output. Complete package includes four 5.25" marine 100-watt dual cone waterproof speakers and splash-proof radio housing. Available in white and black.

| | | Overton's | SALE |
|---|---|---|---|
| 87823 | CD Receiver and 4 Speakers Package | 119.99 | 99.99 |

## Fulton F2 Trailer Jack

The next generation in jack performance and style. Designed to eliminate the need for lubrication and maintenance, the F2 Jack's components are precision-fit to minimize the need for tightening or replacement. The ergonomic design includes a comfortable "soft touch" handle and an integrated handle hold up. The F2 has also raised the bar on lift speed at 30% faster than conventional jacks. Anodized aluminum inner and outer tubes are corrosion-free and fit with twin alignment bushings that ensure smooth and easy cranking. The revolutionary adjustable mount/swivel system features a dual purpose mounting bracket that bolts on 3" and 4" tongues. The integrated pull pin has an ergonomic grip that makes it easy to swivel into position for lifting or transport. 1,600-lb. capacity. 10" screw travel. 8" mount travel.

| | | Overton's |
|---|---|---|
| 70479 | Twin Track F2 Jack, two 7"dia. wheels w/5½" wide wheel base | 99.99 |
| 70969 | Wide Track F2 Jack, single 8"dia. wheel w/3" wide wheel base (not shown) | 99.99 |

## A. Toonmate Pontoon Fence Guard

Excellent for rafting to conventional watercraft, the Toonmate Pontoon Fence Guard attaches to both the fence and railing to protect these delicate areas. Remains secured to the pontoon with two mounting straps, so there's no need to remove and reattach it when docking or rafting. For convenience an additional point of anchor is built into the bottom of the guard for use with some other boat types. 34"H x 4"D x 7½"W at bottom. Available in bone, burgundy, hunter green, and white.

| | | Overton's |
|---|---|---|
| 87207 | Pontoon Fence Guard | 34.99 |

## B. Toonmate Pontoon Guard

The Toonmate Pontoon Guard cushions the pontoon and deck from contact with the dock or other vessels. This unique fender fits tightly in the space between the pontoon float and the deck. Two mounting straps keep the Pontoon Guard securely in place. 18"H x 8"W. Available in bone, burgundy, hunter green, and white.

| | | Overton's |
|---|---|---|
| 87206 | Pontoon Guard | 44.99 |

111 Red Banks Rd.
Greenville, NC 27834

**Visit our retail showrooms**

3062 Wake Forest Rd.
Raleigh, NC 27609

# Overton's

111 Red Banks Road • P.O. Box 8228 • Greenville, NC 27835
Visit our website at overtons.com • Order By Fax: 1-252-355-2923

**Order Toll Free:**
**1-800-334-6541**

PRESORTED STANDARD U.S. POSTAGE PAID Overton's

current resident or

Customer #
005847319
Catalog code
V23542

******AUTO**SCH 5-DIGIT 37814
DENISE D MARSH
UMI INC
1190 OLD ASHEVILLE HWY