# EXHIBIT C

1492480.1 10/31/2008

